FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -9  PM 12: 31

LORETTA G. WHYTE
CLERK

# UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICKY C. VOCLAIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-681** |
| **MEDIC EDWARDS DAVIS, ET AL.** | **SECTION "A" (3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion for summary judgment filed by Edward Davis, Liz Brown, Sue Morgan, and the Terrebonne Parish Consolidated Government is **GRANTED** and that plaintiff's claims against those defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's claims against the Terrebonne Parish Sheriff's Office and the Terrebonne Parish Criminal Justice Complex Medical Department are **DISMISSED WITH PREJUDICE** as frivolous 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

New Orleans, Louisiana, this 9th day of March, 2006.

_____
**UNITED STATES DISTRICT JUDGE**

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No_____